[No. 7270–3–III.   Division Three.   October 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAVIER MF LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for

Franklin County, No. 85–1–50071–6, Fred R. Staples, J., entered July 23, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.